ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 APR 10 PM 12: 07

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4-13CR-053-A |
| COREY D. GRAHAM (01)<br>DANIEL LEIJA (02) | § § § | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Use of Unauthorized Access Device
(Violation of 18 U.S.C. § 1029(a)(2))

Between on or about January 26, 2011, and on or about January 27, 2011, in the Fort Worth Division of the Northern District of Texas, defendants **Corey D. Graham** and **Daniel Leija** did, in a transaction affecting interstate commerce, knowingly and with intent to defraud use an unauthorized access device, to wit, CitiBank Visa account number XXXX-XXXX-XXXX-0785, issued in the name of T.F., and by such conduct did obtain and attempt to obtain goods and services in excess of one thousand dollars.

In violation of 18 U.S.C. § 1029(a)(2).

A TRUE BILL.

*[signature]*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*
JOHN P. BRADFORD
Assistant United States Attorney
State Bar No. 02818300
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

COREY D. GRAHAM (01)
DANIEL LEIJA (02)

INDICTMENT

18 U.S.C. § 1029(a)(2)
Use of Unauthorized Access Device
(1 Count)

A true bill rendered:

*[signature]*

FORT WORTH                                                            FOREPERSON

Filed in open court this 10th day of April, A.D. 2013.

Warrant to issue as to both defendants.

*[signature]*
UNITED STATES MAGISTRATE JUDGE